# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| WARREN SCOTT HAGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.: 3:17-cv-05022-SRB |
| | ) | |
| DOUG RADER, IN HIS OFFICIAL ANDINDIVIDUAL CAPACITY, STONE COUNTY, MISSOURI, BRAD COLE, IN HIS OFFICIAL AND INDIVIDUAL CAPASITY, AND CHRISTIAN COUNTY, MISSOURI, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO AMEND SCHEDULING ORDER

COMES NOW Plaintiff, Warren Hagar, by and through counsel, Brandon Potter of Corbett Law Firm, P.C. and for his Motion to Amend the Courts previously entered Scheduling Order as follows:

1. The Court entered a Scheduling Order in this matter on September 27, 2017.

2. Since the entering of the Scheduling Order, Plaintiff has Amended his complaint and has added two additional parties; Sheriff Brad Cole and Christian County, Missouri (hereinafter referred to Cole and Christian Co.).

3. Answers have been filed on behalf of Cole and Christian County by attorney Matthew Gist.

4. Counsel for newly added Defendant's Cole and Christian County has indicated to Counsel for Plaintiff and counsel for Defendant's Rader and Stone County that he needs to conduct written discovery as well as the deposition of Warren Hagar and witness Lyndle Spencer.

5. More time is needed now for all parties to conduct additional discovery as a result of the addition of Cole and Christian County.

6. Defendant's Cole and Christian County have not made disclosures pursuant to Rule 26(D).

7. All parties have discussed and are in agreement to the requested modification to the Court's previously entered scheduling order are as follows:

Motion to Amend Pleadings. Any Motion to Amend Pleadings shall be filed on or before March 1, 2018.

Motion to Join Additional Parties shall be filed on or before March 1, 2018.

**Discovery**

Discovery Deadline

All pre-trial discovery shall be completed by August 1, 2018.

**Expert designation**.

Each Plaintiff shall designate any expert witness by April 1, 2018. Each Defendant shall designate any expert witness by May 15, 2018.

**Dispositive matters.**

All dispositive motions shall be filed on or before August 15, 2018.

**Daubert Motions.**

Daubert Motions shall be filed on or before August 15, 2018.

**Trial Date**

Trial date to be continued to sometime after January 1, 2019.

**CORBETT LAW FIRM, P.C.**

_____
BRANDON C. POTTER     #52232
2015 East Phelps Street
Springfield, MO 65802
Ph. (417) 866-6665 Fax (417) 866-6699
bpotter@corbettlawfirm.com
Attorneys for Plaintiff