IN THE UNITED STATES DISTRICT COURT
FOR **THE WESTERN DISTRICT OF MISSOURI**
SOUTHERN DIVISION

| | |
|---|---|
| WARREN SCOTT HAGAR,<br><br>Plaintiff,<br><br>V.<br><br>DOUG RADER, in his official and individual capacity,<br>STONE COUNTY, MISSOURI,<br>BRAD COLE,<br>in his official and individual capacity, and<br>CHRISTIAN COUNTY, MISSOURI,<br><br>Defendants. | Case No.: 3:17-cv-05022-SRB |

## CERTIFICATE OF SERVICE

I certify that *Plaintiff's Objections to Defendant Christian County First Request for Production to Plaintiff, Plaintiff's Objections to Defendant Christian County First Request for Production to Plaintiff* and this *Certificate of Service* were delivered in DOCX format by electronic mail and by placing same in the U.S. mail, postage prepaid, this 13th day of February 2018 addressed to the following:

Michael Seck
9393 West 110th street, suite 300
Overland Park, KS 66210
mseck@fisherpatterson.com
Attorney for: Doug Rader

**CORBETT LAW FIRM, P.C.**

*/s/ Brandon C. Potter*
BRANDON C. POTTER       #52232
PO Box 8880
Springfield, MO 65801-8880
Phone (417) 866-6665 Fax (417) 866-6699
bpotter@corbettlawfirm.com
Attorney for Plaintiff

1