UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| WARREN S. HAGAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:17-CV-05022-SRB |
| | ) |
| DOUG RADER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Counsel for Defendant Brad Cole, hereby certifies that Defendant Brad Cole's Objections to Plaintiff's First Interrogatories to Defendant Brad Cole; Defendant Brad Cole's Objections to Plaintiff's First Request for Production of Documents to Defendant Brad Cole, and this Certificate of Service were delivered via e-mail transmission on March 22, 2018, to Brandon C. Potter, bpotter@corbettlawfirm.com, CORBETT LAW FIRM, P.C., 2015 East Phelps Street, Springfield, Missouri, 65802, Attorneys for Plaintiff, and to Bill D. Cross, bcross@fisherpatterson.com, Michael K. Seck, mseck@fisherpatterson.com, FISHER, PATTERSON, SAYLER & SMITH, 9393 West 110th Street, Suite 300, Overland Park, Kansas, 66210, Attorneys for Defendants Doug Rader and Stone County, Missouri.

ENSZ & JESTER, P.C.

/s/ Matthew J. Gist
MATTHEW J. GIST          MO #54732
2121 City Center Square
1100 Main Street
Kansas City, MO  64105
Telephone:  816-474-8010
Facsimile:  816-471-7910
E-mails:    mgist@enszjester.com
            cnapolitano@enszjester.com
**ATTORNEYS FOR CHRISTIAN COUNTY, MISSOURI AND BRAD COLE**

## CERTIFICATE OF SERVICE

I hereby certify that, on March 22, 2018, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

BRANDON C. POTTER
CORBETT LAW FIRM, P.C.
2015 East Phelps Street
Springfield, Missouri 65802
Telephone:  (417) 866-6665
Facsimile:  (417) 866-6699
E-mail(s):  bpotter@corbettlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

BILL D. CROSS
MICHAEL K. SECK
FISHER, PATTERSON, SAYLER & SMITH
9393 West 110th Street, Suite 300
Overland Park, KS 66210
Telephone: (913) 339-6757
Facsimile: (913) 339-6187
E-mail(s): bcross@fisherpatterson.com
mseck@fisherpatterson.com
**ATTORNEYS FOR DEFENDANTS DOUG RADER
AND STONE COUNTY, MISSOURI**

/s/ Matthew J. Gist
**ATTORNEYS FOR CHRISTIAN
COUNTY, MISSOURI AND BRAD COLE**