UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| WARREN S. HAGAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:17-CV-05022-SRB |
| | ) |
| DOUG RADER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT BRAD COLE'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Brad Cole, by and through his undersigned counsel, and moves for summary judgment under Federal Rule of Civil Procedure 56 in his favor and against Plaintiff as to Count III asserted in Plaintiff's Second Amended Complaint. In support of this Motion for Summary Judgment, Defendant Cole has filed contemporaneously herewith, Suggestions in Support and they are incorporated herein by reference as though fully set forth herein.

WHEREFORE, Defendant Brad Cole moves for summary judgment in his favor and against Plaintiff on Count III of Plaintiff's Second Amended Complaint.

Respectfully submitted,

ENSZ & JESTER, P.C.


/s/ Matthew J. Gist
---
MATTHEW J. GIST   MO #54732
CHRISTOPHER M. NAPOLITANO MO #66610
2121 City Center Square
1100 Main Street
Kansas City, MO  64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
E-mails: mgist@enszjester.com
    cnapolitano@enszjester.com
**ATTORNEYS FOR CHRISTIAN COUNTY, MISSOURI AND BRAD COLE**

## CERTIFICATE OF SERVICE

   I hereby certify that, on June 13, 2018, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

BRANDON C. POTTER
CORBETT LAW FIRM, P.C.
2015 East Phelps Street
Springfield, Missouri 65802
Telephone: (417) 866-6665
Facsimile: (417) 866-6699
E-mail(s): bpotter@corbettlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

BILL D. CROSS
MICHAEL K. SECK
FISHER, PATTERSON, SAYLER & SMITH
9393 West 110th Street, Suite 300
Overland Park, KS 66210
Telephone: (913) 339-6757
Facsimile: (913) 339-6187
E-mail(s): bcross@fisherpatterson.com
     mseck@fisherpatterson.com
**ATTORNEYS FOR DEFENDANTS DOUG RADER
AND STONE COUNTY, MISSOURI**

            /s/ Matthew J. Gist
            **ATTORNEYS FOR CHRISTIAN
            COUNTY, MISSOURI AND BRAD COLE**