# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| WARREN SCOTT HAGAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-cv-05022-SRB |
| ) | |
| DOUG RADER, et al., ) | |
| ) | |
| Defendants. ) | |

## HEARING NOTICE

The Court will hold an in-person hearing on July 24, 2018, at the United States Courthouse in Springfield, Missouri, Bankruptcy Courtroom at 9:30 a.m. to consider the pending Motion for Leave to Withdraw filed by Brandon Potter as counsel for Plaintiff Warren Scott Hagar. Mr. Potter is directed to serve this hearing notice on his client, Plaintiff Hagar, and file proof of service with the Court.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
JUDGE STEPHEN R. BOUGH
UNITED STATES DISTRICT COURT

DATED: July 17, 2018