UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| WARREN SCOTT HAGAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> DOUG RADER, IN HIS OFFICIAL ) <br> AND INDIVIDUAL CAPACITY, <br> STONE COUNTY, MISSOURI, <br> BRAD COLE, <br> IN HIS OFFICIAL AND INDIVIDUAL <br> CAPACITY, AND <br> CHRISTIAN COUNTY, MISSOURI, <br> ) <br> Defendants. ) | Case No.: 3:17-cv-05022-SRB |

## MOTION FOR CONTINUANCE

COMES NOW counsel, Corbett Law Firm, P.C., counsel for Plaintiff asks the court to continue the hearing that is scheduled for July 24, 2018. Counsel for Plaintiff's counsel has emailed the Notice of Hearing to the Plaintiff requesting a response from the Plaintiff. Plaintiff has refused to respond. Plaintiff's counsel is unsure that the Plaintiff is aware of the hearing date. Counsel is requesting that the hearing be moved to July 26, 2018 at 9:30 to ensure that the Plaintiff is personally served.

WHEREFORE, Plaintiff moves this Court for its order continuing this hearing, for such other and further relief as is just and proper.

CORBETT LAW FIRM, P.C.

_____
BRANDON C. POTTER      #52232
PO Box 8880
Springfield, MO 65801-8880
(417) 866-6665 (FAX) 866-6699
bpotter@corbettlawfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that *Motion for Continuance* was served through the electronic filing system pursuant to Supreme Court Rule 103.08, this 23rd day of July 2018 addressed to the following:

Michael Seck
9393 West 110th street, suite 300
Overland Park, KS 66210
Attorney for: Doug Rader

James H. Ensz, Esq.
Matthew Gist, Esquire
Ensz & Jester, P.C.
2121 City Center Square
1100 Main Street
Kansas City, MO 64105

_____
BRANDON C. POTTER    #52232